EX PARTE LUIS C. TRIGO, peticionario.—Admisión al ejercicio de la abogacía. Mayo 27, 1926. Vista la solicitud y examinada la Ley No. 17, aprobada en mayo 20, 1925, para enmendar la sección cuarta de la Ley No. 38 determinando reglas para el ejercicio de la profesión de abogado en Puerto Rico, etc., aprobada en 13 de abril, 1916, admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación a la cual deberán remitirse los papeles correspondientes, y haya prestado el juramento de ley.